UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN SWEIKERT**,

   *Plaintiff,*

**v.**     Case No: 8:25-cv-00467-VMC-LSG

**EQUIFAX INFORMATION SERVICES, LLC**,

   *Defendant.*

_____/

## NOTICE OF SETTLEMENT

In accordance with Local Rule 3.09, the Plaintiff, JOHN SWEIKERT ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, EQUIFAX INFORMATION SERVICES, LLC ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on March 20, 2025, by:

                                        **SERAPH LEGAL, P.A.**

                                        */s/ Megan A. Rosenberg*
                                        Megan A. Rosenberg, Esq.
                                        Florida Bar No.: 1005213
                                        MRosenberg@SeraphLegal.com
                                        2124 W. Kennedy Blvd., Suite A
                                        Tampa, FL 33606
                                        Tel: 813-567-1230 (Ext: 404)
                                        Fax: 855-500-0705
                                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

*/s/ Megan A. Rosenberg*
Megan A. Rosenberg, Esq.
Florida Bar Number: 1005213
